Mary D. PETERS, Petitioner–Appellant,

v.

Charles Molony CONDON; Director Beaufort County Detention Center, Respondents–Appellees.

No. 00–6947.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Mary D. Peters, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Mary D. Peters appeals the district court's order denying relief on her 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *Peters v. Condon,* No. CA–99–2716–2–8 (D.S.C. July 11, 2000). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*